No. 89–7738.   ASH v. MACKIN ET AL.   Ct. App. Cal., 6th App. Dist.   Certiorari denied.

No. 89–7739.   ELLIOTT v. WASHINGTON.   Sup. Ct. Wash. Certiorari denied.

No. 89–7741.   ARNOLD v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 89–7742.   BENDINGFIELD v. PARKE, WARDEN, ET AL. C. A. 6th Cir.   Certiorari denied.

No. 89–7744.   ANDERSON v. BORG, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 89–7746.   SKEETER v. CITY OF NORFOLK ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 89–7747.   SNELL v. CITY AND COUNTY OF DENVER ET AL. C. A. 10th Cir.   Certiorari denied.

No. 89–7748.   JONES v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 89–7749.   HIGGINBOTHAM v. KOEHLER, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 89–7750.   STILLWELL ET AL. v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 89–7751.   LUCAS v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 89–7756.   THOMPSON v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 89–7757.   VAN DYKE v. UNITED STATES; and PLUMMER v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 89–7758.   SOWELL v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 89–7759.   RAINS v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.